DIANA HELENTJARIS (SUDANO) v. JOHN SUDANO.

November 14, 1984.

Petition for certification denied.   (See 194 *N.J.Super.* 220)

STATE OF NEW JERSEY v. MICHELE CAMERON.

November 26, 1984.

Petition for certification granted.

IN THE MATTER OF PROTESTS OF THE INTENT TO AWARD BID NO. 116—ON–LINE NUMBERS GAME FOR NEW JERSEY LOTTERY COMMISSION.

IN THE MATTER OF THE CONTRACT FOR THE ON–LINE NUMBERS GAME FOR THE NEW JERSEY LOTTERY COMMISSION.

November 27, 1984.

Petition for certification denied.